# ADDABBO • GREENBERG

## LAW

TODD D. GREENBERG
DOMINIC L. ADDABBO*

GRACE ADDABBO GAMBINO
CAITLIN N. YOUNG**

COUNSEL TO THE FIRM:
HYMAN J. GREENBERG (dec'd)
JILL C. STONE
HELEN P. EICHLER
ALAN T. ROTHBARD

*NY & FLA BAR
**NY & NJ BAR

February 12, 2020

<u>Via: ECF</u>

Honorable Denis R. Hurley
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      RE: USA v. Eduard Matulik
         Case No.: CR-19-582
         **Request for Travel Permission**

Honorable Sir:

  Please be advised that this office represents the above-named Defendant.

  Please accept this letter as a request for permission for the Defendant to travel to East Stroudsburg, PA from February 28, 2020 to March 2nd, 2020.

  This Honorable Court approved a prior trip for Mr. Matulik from January 31st, 2020 to February 2nd, 2020, but Mr. Matulik never went on that trip due to an injury which would have prevented him from skiing.

  Prior to his arrest, Mr. Matulik visited the area on a regular basis for the last six years and seeks permission for the above trip.

  I do not have the exact address yet where he will be staying and if this trip is approved, he will rent an apartment/ house through VRBO and furnish the address to pre-trial services.

  I have spoken to AUSA Ian Richardson and Pre-Trial Services Officer Marnie Gerardino, who had no objection to this trip.

# ADDABBO • GREENBERG

Thank you for your consideration of this request.

Very truly yours,

ADDABBO & GREENBERG

Todd D. Greenberg, Esq.

TDG/id