# ADDABBO • GREENBERG
# LAW

**TODD D. GREENBERG**
**DOMINIC L. ADDABBO** *

---------

**GRACE ADDABBO GAMBINO**
**CAITLIN N. YOUNG****

----------

**COUNSEL TO THE FIRM:**
**HYMNAN J. GREENBERG (dec'd)**
**JILL C. STONE**
**HELEN P. EICHLER**
**ALAN T. ROTHBARD**

---------

***NY & FLA BAR**
**NY & NJ BAR**

March 23, 2020

**Via: ECF**

Honorable Denis R. Hurley
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

> **RE:    USA v. Eduard Matulik**
> **Case No.: CR-19-582**
> **Motion to Modify Bond**

Honorable Sir:

Please be advised that this office represents the above-named Defendant.

Please accept this letter as a request for a modification of the bond, at the suggestion of Pre-Trial Services Officer Marnie Gerardino, to include as a condition that "Defendant must get a mental health evaluation and treatment if recommended".

The Defendant does not object to this modification of the bond.

Thank you for your attention herein.

3/24/2020
SO ORDERED
S/
ARIENE R. LINDSAY, USMJ.

Very truly yours,

ADDABBO & GREENBERG

/s/Todd D. Greenberg, Esq.

TDG/id