CRIMINAL CAUSE FOR STATUS CONFERENCE - COMPLEX CASE
BY TELEPHONE
BEFORE JUDGE: HURLEY, J. DATE: 9/21/2021 TIME: 11:05 - 11:30 AM
DOCKET NUMBER: CR-19-582 TITLE: USA V. CABOSSO, ET AL

DEFT. NAME: JACK CABASSO          DEF. #: 1
   X _PRESENT, _NOT PRESENT, _IN CUSTODY, X ON BAIL
   ATTY FOR DEFT.: ALBERT DAYAN     (RET)
   X _PRESENT, _NOT PRESENT

DEFT. NAME: FRANCES CABASSO       DEF #2
   X-PRESENT, __NOT PRESENT, __ IN CUSTODY, _X ON BAIL
   ATTY FOR DEFT: KENNETH KAPLAN (RET)
   X-PRESENT, __ NOT PRESENT

DEFT. NAME :                      DEF
   X -PRESENT, _ NOT PRESENT, _ IN CUSTODY, __X ON BAIL
   ATTY FOR DEFT:
   X PRESENT, __ NOT PRESENT

DEFT. NAME: '                     DEF
   X-PRESENT, __NOT PRESENT, __IN CUSTODY, _ _ON BAIL
   ATTY FOR DEFT:
   X- PRESENT, __ NOT PRESENT

DEFT. NAME: EDUARD MATULIK         DFT. #: 6
   X _PRESENT, _NOT PRESENT, _IN CUSTODY, X ON BAIL
   ATTY FOR DEFT.: TODD GREENBERG   (RET)
   X _PRESENT, _NOT PRESENT

DEFT. NAME: ALAN SCHWARTZ          DFT. #: 7
   X _PRESENT, _NOT PRESENT, __IN CUSTODY, X ON BAIL
   ATTY FOR DEFT.:  JOHN WALLENSTEIN, RICHARD WILLSATTER (RET)
   X _PRESENT, _NOT PRESENT

DEFT. NAME: ADVENTURA TECHNOLOGIES     DFT. #: 8
   X _PRESENT, _NOT PRESENT, _IN CUSTODY, __ON BAIL
   ATTY FOR DEFT.: JAMES BRANDEN   (RET)
   X PRESENT, _NOT PRESENT

A.U.S.A.: ALEXANDER MINDLIN, IAN RICHARDSON & KAYLA BENSING, Claire Kedeshian
DEPUTY CLERK: L. LUNDY
COURT REPORTER(S) OR ESR OPERATOR: Lisa Schmid

X   CASE CALLED FOR STATUS CONFERENCE


X  SPEEDY TRIAL INFORMATION FOR DEFT(S)  ALL DEFENDANTS

   CODE TYPE: X- T    START DATE: 9/21/2021    STOP DATE: 1L/:3/2021

_Telephone_
__X__ STATUS CONFERENCE SET FOR November 3, 2021 AT 2:00 PM

 **ALL DEFENDANTS CONTINUE ON BOND**

**THE DEFENDANTS AND COUNSEL CONSENT TO HAVE THIS PROCEEDING BY TELECONFERENCE.**