BEFORE: ARLENE R. LINDSAY  DATE: 12/6/2021
UNITED STATES MAGISTRATE JUDGE  TIME ON: 12:30 p.m.
 TIME OFF: 1:00 p.m.

Case No. 19-cr-582 (DRH)   Courtroom Deputy: R. Imrie

Criminal Cause for Change of Plea Hearing

Defendant: Eduard Matulik (sworn)
 Present X   Not Present___   In Custody___   On Bail/Bond X

Attorney: Todd Greenberg   Ret'd X   CJA___   F.D.___

AUSA: Ian Richardson

Interpreter: n/a

ESR:

X Case Called   X Counsel for all sides present.
___ Arraignment Held.
X Defendant Pleads Guilty to: Count 1 of the Indictment
___ Order Setting Conditions of Release and Bond entered. ___ Special Conditions Apply.
___ Order of Detention entered.
___ Temporary Order of Detention entered.
X Probation Notified.

Next Court appearance scheduled for: To be set upon completion of the pre-sentence report.

NOTES: Mr. Matulik consented to appear by video. Mr. Matulik waived his right to appear before District Judge Hurley and consented to the Magistrate taking his plea. For the reasons set forth on the record, this Court respectfully reports and recommends that the plea of not guilty be withdrawn and the plea of guilty be accepted. The Order Setting Conditions of Release is continued.